■ In the Matter of PASQUALE IANNO et al., Appellants, v ESTATE OF JOHN A. MAGGIO, Deceased, Respondent. [688 NYS2d 371] —Decree unanimously affirmed without costs for reasons stated in decision at Oneida County Surrogate's Court, Ringrose, S. (Appeal from Decree of Oneida County Surrogate's Court, Ringrose, S.—Dismiss Claim.) Present—Denman, P. J., Green, Pigott, Jr., Scudder and Callahan, JJ.

■ DIANE M. HOGAN, Respondent, v JAMES J. HOGAN, Appellant. [689 NYS2d 902] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Feeman, Jr., J. (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—Matrimonial.) Present—Denman, P. J., Green, Pigott, Jr., Scudder and Callahan, JJ.